packed ready for delivery, at the following prices per dozen cans or tins, less a cash discount of 1½ per centum:

*5-ounce size*
June 1, 1935 to November 30, 1936_____ $0. 90

*8-ounce size*
June 1, 1935 to November 30, 1935_____ $1. 50

(4) That the record in said Reap. Dec. 5950 may be incorporated herein, and that upon this stipulation these appeals may be deemed submitted, they being abandoned as to all merchandise not marked "A" or "B" on the invoices as above indicated.

Accepting this as an agreement of fact I find as follows:

1. That the merchandise described in the invoices as clams in 5-ounce cans or tins, marked "A" and initialed BAB by Examiner Bion A. Bridges, and clams in 8-ounce tins or cans marked "B" and initialed in the same manner by the same examiner, are like or similar to soft-shelled clams packed in Maine, as represented by the B & M brand and sold by Burnham & Morrill of Portland, Maine.

2. That by reason of the proclamation of the President, T. D. 47031, the imported merchandise, canned clams, is subject to appraisement upon the basis of the American selling price.

3. That the principal market for canned clams like or similar to the clams herein imported is Portland, Maine.

4. That the American selling price of the canned clams described in paragraph 1 above in 5-ounce cans or tins was $0.90 per dozen less 1½ per centum cash discount; and of the 8-ounce cans or tins described in said paragraph 1 was $1.50 per dozen less 1½ per centum cash discount, at the time of exportation.

Judgment will be rendered in accordance with this decision.

**REHEARING MOTION DENIED**

DECEMBER 10, 1945

No. 6243.—

—*A. Goldmark & Sons Corp.* v. *United States.* Entered at New York, N. Y. Reap. Dec.'s 5992 and 6225. Motion by appellee.

**REHEARING MOTION GRANTED**

DECEMBER 17, 1945

No. 6244.——*Gerhard & Hey Co., Inc.* (a/c *Art Book Publications, Inc.*) v. *United States.* Entered at New York, N. Y. Reap. Dec. 6226. Motion by appellant.